# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:07-mj-01442-MAP All Defendants
## Internal Use Only

Case title: USA v. Thomsen

Date Filed: 09/24/2007

---

Assigned to: Magistrate Judge Mark A. Pizzo

**Defendant**

**Thomas Christopher Thomsen** (1)

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:553 and 15:1956 Sale of drug paraphenalia and money laundering | |

---

**Plaintiff**

**USA**

represented by **Jeffrey S. Downing**
U.S. Attorney's Office
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274-6000
Fax: 813/274-6103
Email: jeff.downing@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/24/2007 | 1 | Arrest - Rule 5(c)(2) of Thomas Christopher Thomsen from Rhode Island on charges of Sale of drug paraphenalia and money laundering (jog, ) (Entered: 10/01/2007) |
| 09/24/2007 | 2 | Minute Entry for proceedings held before Judge Mark A. Pizzo :Initial Appearance in Rule 5(c)(3) Proceedings as to Thomas Christopher Thomsen held on 9/24/2007 (Digital) (jog, ) (Entered: 10/01/2007) |
| 09/26/2007 | 3 | PERSONAL SURETY BOND entered as to Thomas Christopher Thomsen in amount of $ $50,000.00. Signed by Judge Mark A. Pizzo (jog, ) (Entered: 10/01/2007) |
| 09/26/2007 | 4 | ORDER Setting Conditions of Release as to Thomas Christopher Thomsen (1) $50,000.00 PERSONAL SURETY Signed by Judge Mark A. Pizzo on 9/24/07. (jog, ) (Entered: 10/01/2007) |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES

MAGISTRATE JUDGE MARK A. PIZZO DATE: September 24, 2007

CASE NO. 8:07-M-118MAP

U.S.A. vs. THOMAS CHRISTOPHER THOMSEN

GOVT COUNSEL: Jeffrey Downing DEFT COUNSEL: Without Counsel

DEPUTY CLERK: J.GORDON

Hearing Time: 3:50p-4:000 Courtroom 11B Tape: Digital

PROCEEDINGS: INITIAL APPEARANCE (Rule 5C2-District of Rhode Island)

X Deft provided w/copy of COMPLAINT
X ARREST DATE: September 24, 2007- Arrest Warrant
X Court advises of Deft's Rule 5 rights
X Defendant intends to retain private counsel
X Govt position on release or detention RELEASE

Bond set the amount of $50,000.00 PERSONAL SURETY

Pretrial reporting; Drug testing and/or treatment as directed; Travel enlarged to the District of Rhode Island and the Middle District of Florida; Surrender passport to Pretrial Services unless passport in the possession of the arresting agency (DEA)

Case is set for a preliminary examination and removal hearing on OCTOBER 9, 2007 at 9:30a before Magistrate Judge Pizzo.

Court Recessed.

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RECEIVED
U.S. MARSHAL

2007 SEP 24 PM 4:33
MIDDLE DIST. OF FLORIDA
TAMPA

2007 SEP 26 AM 10:00
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v Case No.8:07-M-1442MAP

THOMAS CHRISTOPHER THOMSEN
______________________________/

## APPEARANCE BOND

PERSONAL APPEARANCE: I, the undersigned acknowledge that I am bound to pay to the United States of America the sum of $50,000.00 PERSONAL APPEARANCE..

The conditions of this bond are that the Defendant, THOMAS CHRISTOPHER THOMSEN, appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the Defendant's appearance in this case, including appearance for violation of a condition of Defendant's release as may be ordered or notified by this court or any other United States District Court to which the Defendant may be held to answer of the cause transferred. The Defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the Defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the Defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on September 24, 2007, at Tampa, Florida.

Defendant: X [redacted]

Address REDACTED

Telepho

Signed and acknowledged before me on September 24, 2007.

Deputy U.S. Marshal

Approved:

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

FILED

2007 SEP 26 AM 10:00

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

RECEIVED
U.S. MARSHAL

2007 SEP 24 PM 4:33

MIDDLE DIST. OF FLORIDA
TAMPA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. Case No. 8:07-M-1442MAP

THOMAS CHRISTOPHER THOMSEN
______________________________/

**ORDER OF RELEASE**

It is hereby ORDERED:

1. That the conditions of release are established as set forth below.

2. That upon the Defendant's agreement, in writing, to comply with the following conditions of release, the United States Marshal's Service is directed to release the above-named Defendant.

DONE AND ORDERED at Tampa, Florida, on September 24, 2007.

[signature]
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**CONDITIONS OF RELEASE**
**FOR DEFENDANT,**

1. You must appear before the Court in accordance with all notices.

2. Your travel is enlarged to the Middle District of Florida and the District of Rhode Island for court purposes and consultation with your attorney.

3. You must not change your present address without first advising the Clerk of the Court for the Middle District of Florida in writing.

4. You shall not commit a federal, state, or local crime during the period of

your release. You shall inform the Pretrial Service Office **immediately** if arrested or otherwise charged with any offense. You are specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors, and officers of the court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims, or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim, or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing crimes.

5. **SPECIAL CONDITIONS OF YOUR RELEASE (Only those applicable to you are checked.)**

X_ Report on a regular basis to Pretrial Services as directed by that agency.

X_ Surrender your passport to Pretrial Services unless passport is in the possession of the arresting agency.

X_ Submit to urinalysis or drug testing and/or treatment if requested and as requested by Pretrial Services.

X_ Maintain lawful and suitable employment (or if unemployed, actively seek employment).

X_ You shall appear for a preliminary examination and removal hearing on October 9, 2007 at 9:30 a.m. before Magistrate Judge Mark A. Pizzo, Courtroom 11B, Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, 33602.

6. **A violation of any of the above conditions may result in the immediate issuance of a warrant for your arrest and may result in a forfeiture of the bond previously given. Further, upon re-arrest, you may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established. Moreover, if you violate your conditions of release you may be prosecuted for contempt of Court.**

7. **CONSEQUENCES OF FAILURE TO APPEAR AND/OR FAILURE TO SURRENDER FOR SERVICE OF SENTENCE:** A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions, he or she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

(a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b) an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000, or imprisonment for not more than five years, or both;

(c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both; or

(d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

Because of the charge(s) lodged against you at the present time, the penalties that would apply to you for failure to appear are those found in subparagraph (b). Any term of imprisonment for failure to appear is required by law to be *consecutive* to the sentence of imprisonment for any other offense. Furthermore, federal law provides that if you commit an offense while you are released under these conditions of release, you would be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year if the offense is a misdemeanor.

**ACKNOWLEDGMENT**

I acknowledge that I have read the above or that the above has been read to me, that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions, and I agree to comply with the conditions of my release. I further acknowledge that I have been given a copy of this instrument as well as a copy of the bail bond to which it is attached.

[redacted] DUSM

DEFENDANT WITNESS

Dated: September 24, 2007

**IMPORTANT INFORMATION**

1. The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2. The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, is: (813) 301-5423 and 801 North Florida Avenue, 2ND Floor, United States Courthouse, Tampa, Florida 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: (813) 274-6401.

4. The telephone number and mailing address of the United States Attorney's Office for the Middle District of Florida, Tampa Division, are: (813) 274-6000; 400 North Tampa Street, Tampa, Florida 33602.

5. The commercial telephone number of the United States Pretrial Services Agency, is (813) 225-7648, and the toll-free number is (800) 782-2893.

6. <u>NOTICE TO COUNSEL AND DEFENDANT</u>: In cases assigned to United States Magistrate Judge Mark A. Pizzo, any requests to travel outside the area set forth in this document must be submitted **at least three (3) days prior to the date upon which travel is expected to begin.** Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.