AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
SEP 21 2007
District of Rhode Island

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

THOMAS CHRISTOPHER THOMSEN

## WARRANT FOR ARREST

Case Number: 1:07MJ94A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Thomas Christopher Thomsen

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

sale of drug paraphernalia and money laundering

in violation of Title 21 United States Code, Section(s) 863, and 18 USC Section 1956

LINCOLN D. ALMOND

Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE

Title of Issuing Officer

9/20/07 Providence RI

Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Tampa, FL by DEA

| DATE RECEIVED 09/21/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09/24/07 | CJ Wyant SDUSM | [signature] |